INTERNATIONAL SOCIETY FOR KRISHNA CONSCIOUSNESS, INC., et al., Appellants,

v.

Michael HEFFRON, Secretary and Manager of the Minnesota State Agricultural Society Board of Managers, et al., Respondents.

No. 49526.

Supreme Court of Minnesota.

Sept. 18, 1981.

Dayton, Herman, Graham & Getts and James A. Payne, Minneapolis, Barry Fisher, David Grosz, Robert C. Moest and Larry J. Roberts, Los Angeles, Cal., for appellants.

Warren Spannaus, Atty. Gen., Kent Harbison and William Marshall, Sp. Asst. Attys. Gen., and Richard Allyn, Sol. Gen., St. Paul, for respondents.

OPINION

PER CURIAM.

In *International Society for Krishna Consciousness, Inc. v. Heffron,* 299 N.W.2d 79 (Minn.1980), we reversed the judgment of the Ramsey County District Court, which sustained the constitutionality of Minnesota State Fair Rule 6.05 and granted an injunction against members of ISKCON from conducting certain activities upon the state fair grounds in violation of said rule. Pursuant to the mandate of the United States Supreme Court in *Heffron v. International Society for Krishna Consciousness,* —— U.S. ——, 101 S.Ct. 2559, 69 L.Ed.2d 298 (1981), we hereby vacate the judgment and opinion of this court in *International Society for Krishna Consciousness, Inc. v. Heffron,* 299 N.W.2d 79 (Minn.1980), and affirm the judgment of the district court.

Affirmed.